# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0208−7 | User: admin | | Date Created: 6/25/2024 |
| Case: 24−22563−shl | Form ID: 309F2 | | Total: 19 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Leo Chuliya Ltd | 20 N. Central Avenue | Hartsdale, NY 10530 |
| ust | United States Trustee | Office of the United States Trustee − NY | Alexander Hamilton Custom House    One Bowling Green, Room 534    New York, NY 10004−1408 |
| tr | Nat Wasserstein | Lindenwood Associates, LLC    328 North Broadway    Ste 2nd Floor    Upper Nyack, NY 10960 | |
| aty | Anne J. Penachio | Penachio Malara LLP    245 Main Street    Suite 450    White Plains, NY 10601 | |
| aty | Mark Bruh | DOJ−Ust    Southern District of New York    Alexander Hamilton Custom House    One Bowling Green, Room 534    New York, NY 10004−1408 | |
| smg | Internal Revenue Service | PO Box 7346 | Philadelphia, PA 19101−7346 |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551 | Albany, NY 12201−0551 |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section    P.O. Box 5300    Albany, NY 12205−0300 | |
| smg | United States Attorney's Office | Southern District of New York    Attention: Tax & Bankruptcy Unit    86 Chambers Street, Third Floor    New York, NY 10007 | |
| 8479395 | Aaron B. Schweitzer | Troy Law, PLLC    41−25 Kissena Boulevard, Suite 110    Flushing, NY 11355 | |
| 8479396 | Bin Wang | c/o John Troy, Esq. Troy Law, PLLC    41−25 Kissena Boulevard, Suite 110    Flushing, NY 11355 | |
| 8479397 | Central Wilson Properties | 23 Wilson Street | Hartsdale, NY 10530 |
| 8479398 | Chia−Hung Chu | 1 Highland Way | Scarsdale, NY 10583 |
| 8479399 | Internal Revenue Service | 290 Broadway | New York, NY 10007 |
| 8479400 | Mercedes−Benz of New Rochelle | 77 East Main Street | New Rochelle, NY 10801 |
| 8479401 | Ricardo Rafael Morel, Esq. | 3915 Main Street, Suite 318 | Flushing, NY 11354 |
| 8479403 | US Small Business Administration | 403 3rd Street | Washington, DC 20416 |
| 8479402 | United States Small Business Admin. | 409 3rd St | Washington, DC 20416 |
| 8479404 | Yan Qiu Zhang | c/o John Troy, Esq. Troy Law, PLLC | Flushing, NY 11355 |

TOTAL: 19