WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE, REGION 2
U.S. Department of Justice
Office of the United States Trustee
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, New York 10004
Tel. (212) 510-0500
By: Mark Bruh, Trial Attorney

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------- X
In re                                                   :       Chapter 11
                                                        :       (Subchapter V)
LEO CHULIYA LTD,                                        :
d/b/a FANTASY CUSINE CO.,                               :       Case No. 24-22563 (SHL)
                                                        :
                                    Debtor.             :
--------------------------------------------------------- X

### <u>INSTRUCTIONS FOR TELEPHONIC SECTION 341 MEETING OF CREDITORS</u>

In accordance with the Notice of Section 341(a) Meeting of Creditors, the section 341

meeting of creditors for the above-captioned case scheduled for **<u>July 22, 2024 at 2:00 p.m.</u>** (the

"<u>Designated Meeting Time</u>") will be conducted by **telephone conference.**

All parties shall appear by phone at the section 341 at the Designated Meeting Time in

accordance with the instructions below.

**<u>Call-in Information</u>**:

On the date and time set forth above, parties shall dial-in to the meeting using the

following dialing instructions:

Meeting Dial-in No: **866-453-3473**, and

when prompted enter the

Participant Code: **7003984**, followed by #.

To avoid confusion or technical difficulties, attendees are instructed to call in at the

Designated Meeting Time, not before that time, and to disconnect the call after the meeting is

concluded.  Thank you for your anticipated cooperation in this regard.


Dated: New York, New York
       June 25, 2024


                                        WILLIAM K. HARRINGTON
                                        UNITED STATES TRUSTEE

                              By:       /s/ Mark Bruh
                                        Mark Bruh
                                        Trial Attorney
                                        Office of the United States Trustee - NY
                                        Alexander Hamilton Custom House
                                        One Bowling Green, Room 534
                                        New York, New York  10004
                                        Tel. No. (212) 510-0500