UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | | |
|---|---|---|
| In re | : | CHAPTER 11 |
| | : | (Subchapter V) |
| LEO CHULIYA LTD, | : | |
| d/b/a FANTASY CUISINE CO, | : | CASE NO.: 24-22563 (SHL) |
| Debtor. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | | |
|---|---|---|
| In re | : | CHAPTER 11 |
| | : | (Subchapter V) |
| | : | |
| CHIA-HUNG CHU a/k/a AUSTIN CHU | : | |
| a/k/a CHIAHUNG CHU a/k/a CHIA HUNG | : | |
| CHU, | : | CASE NO.:  24-22574 (SHL) |
| | : | |
| Debtor . | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**ORDER PURSUANT TO RULE 1015(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR ENTRY OF AN ORDER DIRECTING THE JOINT ADMINISTRATION OF THEIR CHAPTER 11 CASES**

**UPON** the motion of the above captioned debtors and debtors-in-possession (together, the "Debtors"), by their attorneys, Penachio Malara LLP, for entry of an order directing the joint administration of the Chapter 11 Cases; it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest; it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334; it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. §157(b)(2); it appearing that venue of this proceeding and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of this Motion and opportunity for a hearing on this Motion was appropriate under the particular circumstances and that no other or further notice need be given; and upon the record of the hearing held on August 14, 2024; and after due deliberation and sufficient cause appearing therefore,

1

it is hereby

**ORDERED**, that the Motion is granted as set forth herein; and it further

**ORDERED**, that pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, the above captioned Chapter 11 Cases are consolidated, for procedural purposes only, and shall be jointly administered by the Court; and it is further

**ORDERED**, that nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the above-captioned Chapter 11 Cases and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases; and it is further

**ORDERED**, that the caption of the jointly administered cases shall read as follows:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| LEO CHULIYA, LTD., d/b/a FANTASY CUISINE CO. | SubChapter V |
| and | Case Nos: 24-22563 (SHL) and 24-22574 (SHL) |
| CHIA-HUNG CHU a/k/a Austin Chu a/k/a Chiahung Chu a/k/a Chia Hung Chu | |
| Debtors. | |

---------------------------------------------------------------------X

and it is further

**ORDERED**, that a docket entry shall be made in each of the above-captioned cases substantially as follows:

"An order has been entered in this case directing its procedural consolidation and joint administration with the Chapter 11 Case commenced by Leo Chuliya, LTD d/b/a Fantasy Cuisine Co. The docket in Case No. 24-22563-shl should be consulted for all matters affecting the above listed case."

and it is further

**ORDERED**, that the Debtors shall file the monthly operating reports required by the Operating Guidelines and Reporting Requirements for Debtors in Possession and Trustees, issued by the U.S. Trustee, in accordance with the applicable Instructions for UST Form 11-MOR: Monthly Operating Report and Supporting Documentation; and it is further

**ORDERED**, that the Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion; and it is further

**ORDERED**, that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

**ORDERED**, that to the extent that any affiliates of the Debtors subsequently commence chapter 11 cases, the relief granted pursuant to this Order shall apply to such debtors and their respective estates; and it is further

**ORDERED**, that the Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: White Plains, New York
      September 6, 2024                             */s/ Sean H. Lane*
                                                               United States Bankruptcy Judge